AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) |
| v. | ) |
| Elijah Yazdani | ) |
| | ) |
| | ) |
| Defendant | ) |

Case: 1:21–mj–00406
Assigned To : Meriweather, Robin M.
Assign. Date : 4/28/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)     Elijah Yazdani                               ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engage in Disorderly or Disruptive Conduct in any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Obstruct, or Impede Passage Through or within, the Capitol Building.

Date:     04/28/2021

2021.04.28
15:10:09 -04'00'

_Issuing officer's signature_

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge

_Printed name and title_

| Return |
|---|
| This warrant was received on (date) 04/28/2021 , and the person was arrested on (date) 05/03/2021 at (city and state) Logan, Ohio . |
| Date: 05/03/2021 |

_Arresting officer's signature_

Greg Meek, FBI Special Agent
_Printed name and title_