UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                   Case No. 21-mj-00406 (RMM)

ELIJAH YAZDANI

## ENTRY OF APPEARANCE FOR DEFENDANT ELIJAH YAZDANI

To the Clerk of the Court:

Please enter my appearance as appointed counsel in this case effective May 5, 2021.

                                        Respectfully submitted,

                                        /s/ Richard S. Stern

                                        _____
                                        RICHARD S. STERN
                                        D.C. Bar No. 205377
                                        932 Hungerford Drive #37A
                                        Rockville, MD 20850
                                        301-340-8000
                                        Email: rssjrg@rcn.com
                                        Attorney for Mr. Yazdani

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have electronically served all counsel of record on May 5, 2021.

                                        /s/ Richard S. Stern

                                        _____
                                        RICHARD S. STERN