IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIJAH YAZDANI | Case No. 21-cr-00543_CRC |

### UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

Comes now the defendant, by and through his attorney, Richard S. Stern, to respectfully move this Court to continue the present scheduled arraignment date of September 8, 2021 to the morning of September 9, 14 or 15, 2021 if available to the Court.

### Attempt to obtain consent

Undersigned counsel contacted Brittany Reed, Esquire, counsel for the government, on her position on this matter and she has does not oppose the granting of this motion.

As grounds therefore, we state as follows:

1. The arraignment is set in this matter for September 8, 2021.

2. Undersigned counsel cannot be there that date as it is a religious holiday. Both attorneys are available on the mornings of September 9, 14 or 15, 2021.

3. The defendant consents to the continuance.

4. Undersigned counsel has discussed with the defendant his right to demand a speedy trial. He understands that he has that right, but wishes to excludes the time from this date until the next court date.

WHEREFORE, we pray that this Motion be granted.

Respectfully submitted,

/s/ *Richard S. Stern*
_____
RICHARD S. STERN
D.C. Bar No. 205377
932 Hungerford Drive
Suite 37A
Rockville, MD 20850
301-340-8000
rssjrg@rcn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served all counsel of record on August 30, 2021.

/s/ *Richard S. Stern*
_____
RICHARD S. STERN